**Kenn ANDREWS, Plaintiff–Appellant,**

v.

**Sig ROGICH; Ranger Building Corporation, Defendants– Appellees.**

**No. 00–16604.**

**D.C. No. 00–00508–PMP(RLH).**

United States Court of Appeals, Ninth Circuit.

Submitted July 9, 2001.*

Decided July 20, 2001.

Before KOZINSKI, T.G. NELSON, and TALLMAN, Circuit Judges.

MEMORANDUM **

Kenn Andrews appeals pro se the district court's judgment dismissing under

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Fed.R.Civ.P. 12(b)(6) his contract action against Rogich and Ranger Building Corporation. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo dismissals under Fed.R.Civ.P. 12(b)(6). *Johnson v. Knowles,* 113 F.3d 1114, 1117 (9th Cir.1997). We affirm.

Because the written agreement between Andrews and Rogich contained a clear intent not to be bound, the district court did not err in dismissing Andrews' action because no contract was formed. *See Tropicana Hotel Corp. v. Speer,* 101 Nev. 40, 692 P.2d 499, 502 (Nev.1985).

Andrews' contentions regarding discovery are considered and rejected.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.